UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **ELAINE L. CHAO,** Secretary of Labor, United States Department of Labor, Plaintiff, v. **BUVANTO, INC. d/b/a JIMMY JOHN'S GOURMET SANDWICHES, and KENNETH E. BUTLER, II, an individual,** Defendants. | ) ) ) ) ) Civil Action No.: **3:07-cv-143-RLY-WGH** ) ) ) ) ) ) ) ) |

## JUDGMENT

Plaintiff, **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor having filed her complaint and defendants, **BUVANTO, INC. d/b/a JIMMY JOHN'S GOURMET SANDWICHES, and KENNETH E. BUTLER, II,** an individual, having hereby appeared by counsel, having waived answer, and having been duly advised in the premises agree to the entry of this judgment without contest; now, therefore, upon motion of attorneys for plaintiff, and for cause shown, it is

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. §201 et seq.) hereinafter called the Act, in any of the following manners:

I

Defendants shall not, contrary to sections 6 and 15(a)(2) of the Act, pay any of their

employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at a rate of less than $5.85 per hour prior to July 24, 2008, less than $6.55 per hour from July 24, 2008 through July 23, 2009, or less than $7.25 per hour beginning July 24, 2009 (or at a rate less than such other applicable minimum rate as may hereinafter be established by amendment to the Act).

## II

Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any of their employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty hours at a rate not less than one and one-half times the regular rates at which he is employed.

## III

Defendants shall not fail to make, keep and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 CFR Part 516.

## IV

Defendants shall not withhold payment of the sum of $24,638.22 plus interest which represents the unpaid minimum wage and overtime compensation hereby found to be due, for the period April 19, 2005 to August 1, 2006, to the present and former employees named in Exhibit

A, attached hereto and made a part hereof, to be paid as set out below.

Defendants shall pay to the plaintiff the sum of $24,638.22 plus interest ($288.24) which represents the unpaid minimum wage and overtime compensation found to be due, for the period April 19, 2005 through August 1, 2006 plus post judgment interest for those employees listed in Exhibit A hereof. These amounts will be paid in installments as follows:

| Installment No. | Due Date | Amount Due |
| --- | --- | --- |
| Installment No. 1 | October 17, 2007 | $ 4,154.41 |
| Installment No. 2 | November 17, 2007 | $ 4,154.41 |
| Installment No. 3 | December 17, 2007 | $ 4,154.41 |
| Installment No. 4 | January 17, 2007 | $ 4,154.41 |
| Installment No. 5 | February 17, 2008 | $ 4,154.41 |
| Installment No. 6 | March 17, 2008 | $ 4,154.41 |

(a) The aforesaid installment payments shall be paid by defendants Buvanto, Inc. d/b/a Jimmy John's Gourmet Sandwiches, and Kenneth E. Butler, II to the plaintiff, by defendants delivering to plaintiff the following on or before each of the installment dates heretofore set forth herein.

(b) Certified or cashiers checks made payable to "Wage and Hour Div., Labor".

(c) The installments shall be made by mailing each such check by certified mail with the schedule hereinbefore described to the U.S. Department of Labor, Midwest Regional Office, Wage and Hour Division, P.O. Box 2638, Chicago, Illinois 60690-2638.

(d) Should the defendants fail to pay any of the aforesaid installment payments set forth above on or before the dates set forth above, the entire amount of the balance of unpaid

compensation remaining shall become due immediately without further notice by plaintiff to defendants.

(e)     The DOL shall distribute the proceeds of the each installment back wage check (less legal deductions for each employee's share of social security and federal withholding taxes) to the persons enumerated in Attachment A or to their estates if that be necessary, and any money not so paid because of inability to locate the proper persons or because of their refusal to accept it, shall be deposited with the Clerk of the Court, who shall forthwith deposit such money with the Treasurer of the United States pursuant to 28 U.S.C. 2041.

## V

Defendants shall not request, solicit, suggest, or coerce, directly or indirectly, any employee to return or to offer to return to the defendants or to someone else for the defendants, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this judgment or the Act; nor shall defendants accept, or receive from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages heretofore or hereafter paid to said employee under the provisions of this judgment or the Act; nor shall defendants discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from the defendants under the provisions of this judgment or the Act.

FURTHER, it is agreed by the parties herein and hereby **ORDERED** that each party bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date.

Dated 10/24/2007

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Defendants hereby consent to the entry of this judgment this 8th day of October, 2007.

**BUVANTO, INC. d/b/a**
**JIMMY JOHN'S GOURMET**
**SANDWICHES**, a corporation,
defendants,

by Ken Butler II

Its   OWNER
_____
(Title of officer)

_____
**KENNETH L. BUTLER, II**
an Individual, defendant,

_____
**H. LINWOOD SHANNON, III**
Fine & Hatfield,
A Professional Corporation,
520 N.W. 2nd Street
Evansville, Indiana 47705-0779
(812) 425-3592

**JONATHAN L. SNARE**
Acting Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

_____
**EMELDA MEDRANO**
Attorney

Attorneys for **ELAINE L. CHAO**
Secretary of Labor,
United States Department of Labor,
Plaintiff
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn Street, 8th Floor
Chicago, Illinois 60604
(312) 353-1169

**EXHIBIT A**

| EMPLOYEE NAME | BACKWAGES DUE |
|---|---|
| Jeff Adams | $ 1,117.28 |
| Nathan Anderson | 187.97 |
| Paige Anderson | 180.25 |
| Brandon Bell | 568.59 |
| Alex Bertola | 613.26 |
| David Blue | 401.37 |
| Barb Bosse | 200.85 |
| Erik Bowlds | 138.13 |
| Alex Brandt | 294.45 |
| Myshawan Brooks | 541.71 |
| Landon Brown | 610.33 |
| Nick Cameron | 29.01 |
| Joshua Clark | 111.14 |
| Hannah Clevidence | 42.50 |
| Kara Cochran | 90.02 |
| David Coker | 761.10 |
| Jessie Cole | 178.96 |
| Kara Collins | 51.00 |
| Amanda Conner | 20.86 |
| Erwin Craig Jr. | 51.50 |
| Myeshaw Crenshaw | 21.22 |
| Jared Daniel | 93.22 |
| Lyndsey Dibble | 361.14 |
| Greg Diefenbach | 73.22 |
| Dave Dimmett | 97.85 |
| Casey Doerter | 58.24 |
| Caitlin Donahue | 229.34 |
| Nichole Doughty | 63.75 |
| Natasha Douglas | 66.94 |
| Brittney Edwins | 124.17 |
| Rose Evans | 74.68 |
| Holly Fehn | 125.38 |
| Daniel Fern | 1,701.03 |
| William Fooks | 271.66 |
| James Fornandez | 205.58 |
| Amanda Frakes | 366.04 |
| Amanda Frederick | 67.62 |
| Jessie Gardner | 303.08 |
| Samantha Gardner | 530.38 |
| Ryan Gaw | 87.13 |

| | |
|---|---:|
| Cara Gerling | $ 69.06 |
| Jerry Gerling | 198.94 |
| Carl Gillespie | 70.04 |
| Chris Good | 795.35 |
| Brent Gordon | 527.88 |
| Amber Green | 136.48 |
| Michael Halcomb | 34.88 |
| Adam Hale | 215.68 |
| Zach Hallam | 679.46 |
| Tiffany Halweg | 123.45 |
| Christine Hanlon | 56.65 |
| Chris Hargrave | 168.67 |
| Dax Hawes | 72.20 |
| Ashleigh Higgason | 130.53 |
| Tracy Hipp | 100.94 |
| Charissa Holman | 193.38 |
| Ashley Hughes | 246.50 |
| Ashley Jones | 25.75 |
| Mike Jones | 105.19 |
| Megan Kenzli | 133.90 |
| Kayla Kirkwood | 174.25 |
| Samantha Kissell | 103.58 |
| Emily Kissinger | 21.54 |
| Michael Lattner | 303.49 |
| Adam Lehr | 98.82 |
| Kelsey Lindaver | 99.88 |
| Jessica Luigs | 154.06 |
| Nick Luttrell | 130.55 |
| Laura Lyons | 52.79 |
| Adam Matheny | 42.50 |
| Evan Matthews | 31.54 |
| Brian McCurry | 89.25 |
| Zach Nalley | 42.50 |
| Seth Nance | 37.95 |
| Zach Neumann | 149.33 |
| Chris Neville | 99.65 |
| Sara Newman | 1,251.45 |
| Ryan Nicholson | 373.55 |
| Philip Nolen | 21.89 |
| Andrew Packer | 23.69 |
| Jami Pantages | $ 82.40 |
| Nicholi Quelette II | 335.88 |
| Erik Ramos | 266.10 |

| | |
|---|---:|
| Johnny Rogers | 477.11 |
| Brian Rohrer | 245.14 |
| Kara Rose | 346.65 |
| Greg Schafer | 112.07 |
| Brittany Schneider | 120.40 |
| Kaitlin Schneider | 146.62 |
| Mike Schultz | 252.88 |
| Logan Sellner | 249.76 |
| Todd Sensmeier | 215.01 |
| Kris Seyferth | 156.46 |
| John Shutsman | 20.60 |
| Sean Simon | 167.38 |
| Sarah Smithey | 131.75 |
| Bobby Stotlar | 93.99 |
| Dustin Stradling | 39.91 |
| Brittany Strohmeier | 159.27 |
| Jessica Taylor | 127.46 |
| Randall Thompson | 34.57 |
| Roy Trafford | 47.81 |
| Vicky Tsoumbakopoulos | 86.78 |
| Mike Virgin | 271.23 |
| Jason Voegeli | 89.97 |
| Kenzie Waggoner | 42.50 |
| Richard Wall | 95.28 |
| Sean Ware | 96.56 |
| Jennifer Warner | 127.09 |
| Catherine Wathen | 46.75 |
| Josh Watjen | 555.66 |
| John Webb | 196.80 |
| Justin Werremeyer | 192.48 |
| Matt Whitledge | 108.15 |
| Dustin Whoeby | 106.25 |
| Zane Willett | 33.48 |
| Andrea Williams | 34.27 |
| Josh Winters | 46.35 |
| Michael Witty | 90.13 |
| Zachary Ziliak | 90.13 |